UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

CASE NO.: 05-30088-MAP

CAROL JARVIS,
    Plaintiff

v.

THE UNITED STATES
OF AMERICA,
    Defendant

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## THE PARTIES

1. The Plaintiff, Carol Jarvis, is an individual and natural person currently residing at 269 Stony Hill Road, Apartment G3-110, Wilbraham, Massachusetts.

2. The Defendant, The United States of America, is a governmental body.

## JURISDICTION

3. This is an action for personal injuries and property damage arising under the Federal Tort Claims Act, 28 U.S.C. Sections 1346(b), 2671-2680 as hereinafter more fully appears.

## FACTUAL ALLEGATIONS

4. On or about April 17, 2002 the Plaintiff was operating her motor vehicle on Allen Street, Springfield, Hampden County, Massachusetts.

1

5. On said date the Defendant was the registered owner of a 2000 Dodge Stratus, which was being operated on said date by it's agent/employee, Robert Uselton, on Allen Street, Springfield, Hampden County, Massachusetts.

6. At all times material hereto, Robert Uselton was an agent/employee of the Department of the Navy, an agency of the Defendant, The United States of America.

7. Without any prior warning the Defendant's motor vehicle operated by Robert Uselton, collided into the rear end of the Plaintiff's motor vehicle.

8. The Plaintiff was immediately taken by ambulance to Baystate Medical Center in Springfield, Hampden County, Massachusetts for medical treatment.

9. As a direct and proximate result of the aforementioned accident, the Plaintiff suffered severe physical injuries, great pain of body and mind, which required medical attention and treatment, and incurred expenses for medical treatment and property damage.

10. Pursuant to 28 U.S.C. Section 2675 (c), the claim set forth herein was presented to the Department of the Navy, Naval Legal Service Office Mid-Atlantic located at 9620 Maryland Avenue, Suite 100, Norfolk, VA on May 14, 2002. Additional documentation supporting Plaintiff's claim was forwarded to said Department on May 29, 2002 and December 11, 2002.

11. More than six months before this action was commenced, the claim set forth herein was presented to the Department of the Navy, Naval Legal Service Office Mid-Atlantic. Said Agency having failed to make a final disposition of the claim within that time, the Plaintiff deems such failure to be a denial thereof.

## COUNT I-AGENCY/NEGLIGENCE

12. The Plaintiff realleges and reaffirms the allegations contained in paragraphs one (1) through eleven (11) of her complaint and incorporates the same herein by reference.

13. On April 17, 2002 the Defendant, The United States of America, was the registered owner of the motor vehicle operated by Robert Uselton, which motor vehicle was involved in a violent collision with the Plaintiff's motor vehicle, in which the Plaintiff, Carol Jarvis, was injured.

14. At all times material hereto, Robert Uselton, was operating the Defendant, The United States of America's, motor vehicle, under the control of the Defendant, The United States of America.

15. At all times material hereto, Robert Uselton was an employee of the Department of the Navy, an agency of the Defendant, The United States of America, and was acting within the scope of his office or employment.

16. If the Defendant, The United States of America, were a private person, it would be liable to the Plaintiff in accordance with the laws of the Commonwealth of Massachusetts.

17. As a direct and proximate result of the negligence of Robert Uselton, operator of the Defendant, The United States of America's motor vehicle, under the Defendant, The United States of America's control and as it's agent, the Plaintiff, Carol Jarvis, sustained injuries to her neck and back and was otherwise seriously injured, suffered great pain of body and mind, incurred expenses for medical attention and hospitalization in a sum in excess of Thirty Two Thousand ($32,000.00) Dollars, and for the total loss of her motor vehicle which had a fair market value of Twenty Five Thousand ($25,000.00) Dollars at the time of said accident. Moreover, the Plaintiff will continue to suffer similar damage in the future by reason of the possible permanency of her injuries.

18. The aforesaid injuries were caused solely by the Defendant, The United States of America, its agents, servants, or employees, and without any negligence on the part of the Plaintiff, Carol Jarvis contributing thereto.

WHEREFORE, the Plaintiff, Carol Jarvis, demands judgment against the Defendant The United States of America, on Count I of her complaint, in the amount of Two Hundred Seventy Five Thousand ($275,000.00) Dollars, interest, costs of this action, and any other relief this Honorable Court deems proper.

## COUNT II-RESPONDEAT SUPERIOR

19. The Plaintiff realleges and reaffirms the allegations contained in paragraphs one (1) through eighteen (18) of her complaint and incorporates the same herein by reference.

20. At all times material hereto Robert Uselton was employed by the Defendant, The United States of America.

21. Robert Uselton's collision into the Plaintiff, Carol Jarvis' motor vehicle, occurred during the course of his employment with the Defendant, The United States of America.

22. If the Defendant, The United States of America, were a private person, it would be liable to the Plaintiff in accordance with the laws of the Commonwealth of Massachusetts.

23. As a direct and proximate result of the negligence of Robert Uselton, operator of the Defendant, The United States of America's motor vehicle, under the Defendant, The United States of America's control and as it's agent and/or employee, the Plaintiff, Carol Jarvis, sustained injuries to her neck and back and was otherwise seriously injured, suffered great pain of body and mind, incurred expenses for medical attention and hospitalization in a sum in excess of Thirty Two Thousand ($32,000.00) Dollars, and for the total loss of her motor vehicle which had a fair market value Of Twenty Five Thousand ($25,000.00) Dollars at the time of said accident. Moreover, the Plaintiff will continue to suffer similar damage in the future by reason of the possible permanency of her injuries.

24. The aforesaid injuries were caused solely by the Defendant, The United States of America, its agents, servants, or employees, and without any negligence on the part of the Plaintiff, Carol Jarvis contributing thereto.

WHEREFORE, the Plaintiff, Carol Jarvis, demands judgment against the Defendant, The United States of America, on Count II of her complaint, in the amount of Two Hundred Seventy Five Thousand ($275,000.00) Dollars, interest, costs of this action, and any other relief this Honorable Court deems proper.

Dated: April 7, 2005

THE PLAINTIFF,
CAROL JARVIS,
BY HER ATTORNEY,

_____
Stuart E. Weitz, Esquire
BBO#: 566062

WEITZ & WEITZ
95 State Street, Suite 715
Springfield, MA 01103
(413) 785-1597
FAX: (413) 736-4730

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jarvis, Carol

(b) County of Residence of First Listed Plaintiff **Hampden**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Weitz & Weitz, 95 State Street, Suite 715
Springfield, MA  01103  (413) 785-1597

## DEFENDANTS
The United States Of America

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability |  | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  |  | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities Exchange |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  |  | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** |  |  | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1346(b), 2671-2680
Brief description of cause:
Personal injury/Federal Tort Claims Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $275,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: April 14, 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____


305914

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Carol Jarvis v. The United States of America_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    - ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    - ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.  *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    - ✓ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    - ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    - ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _None_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐   NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☒   NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐    Central Division ☐    Western Division ☒

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Stuart E. Weitz_
ADDRESS _95 State Street Suite 715 Springfield, MA 01103_
TELEPHONE NO. _(413) 785-1597_

Coversheetlocal.wpd - 10/17/02