# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

CAROL JARVIS

V.

THE UNITED STATES OF AMERICA

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30088-MAP

TO: (Name and address of defendant)

The United States of America
c/o Chief Asst. U.S. Attorney Kevin O'Regan, Esquire
United States Attorneys Office
1550 Main Street
Springfield, MA  01103

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart E. Weitz, Esquire
95 State Street, Suite 715
Springfield, MA  01103

an answer to the complaint which is herewith served upon you, within _60_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_April 15, 2005_
DATE

CLERK
_Mary Finn_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|

NAME

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

August 11, 2005

I hereby certify and return that on 8/10/2005 at 02:55 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to SHEILA HEBDA, LEGAL ASST., , agent, person in charge at the time of service for THE UNITED STATES OF AMERICA, CHIEF ASST. U.S. ATTY. KEVIN O' REGAN, 1550 MAIN Street, SPRINGFIELD, MA 01103.Travel ($1.28), Attestation X 1 ($5.00), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $37.28

Deputy Sheriff JORGE DIAZ

☐ Other (specify):

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.