# United States District Court

WESTERN _____ DISTRICT OF MASSACHUSETTS

CAROL JARVIS

V.

THE UNITED STATES OF AMERICA

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 30088 - MAP

TO: (Name and address of defendant)

The United States of America
c/o U.S. Attorney General Alberto Gonzales, Esquire
United States Department of Justice
950 Pennsylvania Avenue, N.W., Washington, D.C.  20530-001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart E. Weitz, Esquire
Weitz & Weitz
95 State Street, Suite 715
Springfield, MA  01103

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

(BY) DEPUTY CLERK _____

DATE  April 15, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 15, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Shane E. Weitz Esq. | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Certified Mail on defendant, United States of America via U.S. Attorney General Alberto Gonzales, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. on August 9, 2005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 15, 2005          _Shane E. Weitz_
              Date                     Signature of Server

95 State Street, Suite 715
Springfield, MA 01103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney, General Alberto Gonzales
   U.S. Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, DC
   20530-001

2. Article Number (Transfer from service label): 7004 1350 0000 0326 4540

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): AUG 0 - 2005
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stuart E. Weitz, Esq.
Weitz & Weitz
95 State Street, Suite 715
Springfield, MA 01103

Carol Farris v. U.S.
(sue to sew)