AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

Carol Jarvis,
    Plaintiff,
v.
United States,
    Defendant.

**APPEARANCE**

Case Number: 05-30088-MAP

Civil

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _United States_

I certify that I am admitted to practice in this court.

Date: 10/11/05

Signature

Print Name: Thomas J. O'Connor Jr    Bar Number: 64473

Address: 1550 Main St. Rm 310

City: Springfield   State: MA   Zip Code: 01103

Phone Number: 413-785-0395   Fax Number: 413-785-0394

FILED
CLERK'S OFFICE
2005 OCT 11 P 6:15