UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

CASE NO.: 05CV30088

| | |
|---|---|
| CAROL JARVIS,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| THE UNITED STATES<br>OF AMERICA,<br>    Defendant | )<br>)<br>) |

**CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

This is to certify that Stuart E. Weitz, Esquire, attorney for the Plaintiff in the instant action, has conferred with the Plaintiff, Carol Jarvis with respect to (1) a budget for the costs of litgating the case; and (2) the possiblity of using alternate dispute resolution programs.

_____
Stuart E. Weitz

_____
Carol Jarvis