UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL JARVIS,                       )
        Plaintiff        )
                         )
v.                                  )   Civil Action No. 05-30088-MAP
                         )
                         )
                         )
THE UNITED STATES OF AMERICA,       )
        Defendant        )

SCHEDULING ORDER
December 2, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by December 5, 2005.

2. All written discovery shall be served by January 13, 2006.

3. Non-expert depositions shall be completed by April 21, 2006.

4. Counsel shall appear for a case management conference on April 24, 2006, at 12:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge