UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL JARVIS, )
    Plaintiff )
)
v. ) Civil Action No. 05-30088-MAP
)
)
)
UNITED STATES OF AMERICA, )
    Defendant )

SCHEDULING ORDER
April 24, 2006

NEIMAN, C.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All remaining non-expert discovery shall be completed by May 26, 2006.

2. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by May 26, 2006.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 23, 2006.

4. All expert depositions shall be completed by July 21, 2006.

5. Trial shall commence on August 30, 2006 at 9:00 a.m.

6. Counsel shall appear for a final pretrial conference on August 23, 2006, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the

    Procedural Order entered this date.

  IT IS SO ORDERED.

DATED: April 24, 2006

                                              /s/ Kenneth P. Neiman  
                                             KENNETH P. NEIMAN  
                                             Chief Magistrate Judge