AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

Carol Jarvis, Plaintiff

v.  **APPEARANCE**

United States of America,

   Defendant                Case Number: 05-30088-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case    for United States of America.

I certify that I am admitted to practice in this court.

5/1/06
Date

_Signature_

KAREN L. GOODWIN         549398
**Print Name**                **Bar**

U.S. ATTORNEY'S OFFICE, 1550 MAIN ST., #310
**Address**

SPRINGFIELD       MA    01103
**City**           **State**   **Zip Code**

413-785-0235       413-785-0394
**Phone Number**              **Fax**