UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL JARVIS,              )
       Plaintiff       )
                      )
                      )
v.                         )    Civil Action No. 05-30088-KPN
                      )
                      )
UNITED STATES OF AMERICA,  )
       Defendant       )

## SETTLEMENT ORDER OF DISMISSAL
August 16, 2006

The court, having been advised on August 11, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk